# Exhibit B

# Brazoria CAD Property Search

## 🔖 Property Details

| Account | | | |
|---|---|---|---|
| **Property ID:** | 652252 | **Geographic ID:** | 7791-1221-037 |
| **Type:** | R | **Zoning:** | 6/4/14 CJC |
| **Property Use:** | | | |
| **Location** | | | |
| **Situs Address:** | 1867 GARNET BREEZE DR TX 77583 | | |
| **Map ID:** | | **Mapsco:** | |
| **Legal Description:** | STERLING LAKES AT IOWA COLONY SEC 12B (A0289 HT&B) BLK 1 LOT 37 | | |
| **Abstract/Subdivision:** | S7791-122 | | |
| **Neighborhood:** | (S7791.5-) STERLING LAKES 5- | | |
| **Owner** | | | |
| **Owner ID:** | 1107921 | | |
| **Name:** | STELL JASON JEREMIAH | | |
| **Agent:** | | | |
| **Mailing Address:** | 1867 GARNET BREEZE DR<br>ROSHARON, TX 77583-2586 | | |
| **% Ownership:** | 100.0% | | |
| **Exemptions:** | HS -<br>For privacy reasons not all exemptions are shown online. | | |

## 🔖 Property Values

| | |
|---|---:|
| **Improvement Homesite Value:** | $242,590 (+) |
| **Improvement Non-Homesite Value:** | $0 (+) |
| **Land Homesite Value:** | $56,760 (+) |
| **Land Non-Homesite Value:** | $0 (+) |
| **Agricultural Market Valuation:** | $0 (+) |
| **Market Value:** | $299,350 (=) |
| **Agricultural Value Loss:** ❓ | $0 (-) |
| **Appraised Value:** | $299,350 (=) |
| **HS Cap Loss:** ❓ | $25,550 (-) |
| **Circuit Breaker:** ❓ | $0 (-) |
| **Assessed Value:** | $273,800 |

| Ag Use Value: | | | | $0 |

Information provided for research purposes only. Legal descriptions and acreage amounts are for Appraisal District use only and should be verified prior to using for legal purpose and or documents. Please contact the Appraisal District to verify all information for accuracy.

## Property Taxing Jurisdiction

**Owner:** STELL JASON JEREMIAH **%Ownership:** 100.0%

| Entity | Description | Tax Rate | Market Value | Taxable Value |
| --- | --- | --- | --- | --- |
| CAD | BRAZORIA COUNTY APPRAISAL DISTRICT | 0.000000 | $299,350 | $173,800 |
| CIC | CITY OF IOWA COLONY | 0.519209 | $299,350 | $246,420 |
| DR5 | BRAZORIA COUNTY DRAINAGE DISTRICT #5 (IOWA COLONY) | 0.104079 | $299,350 | $219,040 |
| EM3 | BRAZORIA COUNTY EMERGENCY DISTRICT #3 | 0.077459 | $299,350 | $273,800 |
| GBC | BRAZORIA COUNTY | 0.261625 | $299,350 | $219,040 |
| JAL | ALVIN COMMUNITY COLLEGE | 0.155988 | $299,350 | $273,800 |
| M31 | BRAZORIA COUNTY MUD #31 | 0.760000 | $299,350 | $273,800 |
| RDB | ROAD & BRIDGE FUND | 0.041921 | $299,350 | $216,040 |
| SAL | ALVIN INDEPENDENT SCHOOL DISTRICT | 1.170000 | $299,350 | $173,800 |

**Total Tax Rate:** 3.090281

## 🔖 Property Improvement - Building

**Description:** RESIDENTIAL **Type:** Residential **Living Area:** 2087.0 sqft **Value:** $242,590

| Type | Description | Class CD | Year Built | SQFT |
|---|---|---|---|---|
| MA | MAIN AREA | 5- | 2014 | 885 |
| MA2.0 | MAIN AREA 2 STORY | 5- | 2014 | 1202 |
| OMP | OPEN MASONRYPORCH | 5- | 2014 | 48 |
| BG | BRICK GARAGE | 5- | 2014 | 462 |
| MP | CONCRETE PATIO | 5- | 2014 | 9 |

## 🔖 Property Land

| Type | Description | Acreage | Sqft | Eff Front | Eff Depth | Market Value | Prod. Value |
|---|---|---|---|---|---|---|---|
| S1 | PRIMARY SITE | 0.12 | 5,310.00 | 0.00 | 0.00 | $56,760 | $0 |

## 🔖 Property Roll Value History

| Year | Improvements | Land Market | Ag Valuation | Appraised | HS Cap Loss | Assessed |
|------|-------------|-------------|--------------|-----------|-------------|----------|
| 2024 | $242,590 | $56,760 | $0 | $299,350 | $25,550 | $273,800 |
| 2023 | $245,170 | $56,760 | $0 | $301,930 | $53,021 | $248,909 |
| 2022 | $225,150 | $35,520 | $0 | $260,670 | $34,389 | $226,281 |
| 2021 | $170,190 | $35,520 | $0 | $205,710 | $0 | $205,710 |
| 2020 | $173,560 | $35,520 | $0 | $209,080 | $7,648 | $201,432 |
| 2019 | $161,880 | $21,240 | $0 | $183,120 | $0 | $183,120 |
| 2018 | $168,990 | $21,240 | $0 | $190,230 | $0 | $190,230 |
| 2017 | $168,990 | $21,240 | $0 | $190,230 | $0 | $190,230 |
| 2016 | $168,990 | $21,240 | $0 | $190,230 | $0 | $190,230 |

## 🔖 Property Deed History

| Deed Date | Type | Description | Grantor | Grantee | Volume | Page | Number |
|-----------|------|-------------|---------|---------|--------|------|--------|
| 10/29/2014 | DV | DEED RETAINING VENDORS LIEN | LGI HOMES-STERLING LAKES PARTNERS LLC | STELL JASON JEREMIAH | 14 | 047190 | |
| 4/9/2014 | WD | WARRANTY DEED | IC SECTION 12 LTD | LGI HOMES-STERLING LAKES PARTNERS LLC | 14 | 013627 | |