# Supplemental Civil Cover Sheet for Cases Removed From State Court

**This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office. Additional sheets may be used as necessary.**

1. **State Court Information:**

   Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

   | Court | Case Number |
   |---|---|
   | 149th Judicial District Court, Brazoria County | 132616-CV |

2. **Style of the Case:**

   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

   | Party and Party Type | Attorney(s) |
   |---|---|
   | Jason Stell - Plaintiff | Robert C Vilt #00788586 5177 Richmond Ave #1142 |
   |  | Houston, TX 77056 (713) 840-7570 |
   | Carrington Mortgage Services LLC | Melissa G Alonso # 24087648 & Jessie Manzewitsch |
   | - Defendant | Pulero #24075698 Bradley Arant Boult Cummings LLP |
   |  | 600 Travis St. Ste 5600 Houston TX 77002 |

3. **Jury Demand:**

   Was a Jury Demand made in State Court?    ☐ Yes    ✓ No

   If "*Yes*," by which party and on what date?

   _____          _____
   Party                                                                        Date

4. **Answer:**

   Was an Answer made in State Court?   ☑ Yes        ☐ No

   If "*Yes*," by which party and on what date?

   | Party | Date |
   |---|---|
   | Carrington Mortgage Services, LLC | 02/11/25 |

5. **Unserved Parties:**

   The following parties have not been served at the time this case was removed:

   | Party | Reason(s) for No Service |
   |---|---|
   | Carrington Mortgage Services, LLC | Not Served but made an appearance through answer. |
   | | |
   | | |
   | | |
   | | |

6. **Nonsuited, Dismissed or Terminated Parties:**

   Please indicate any changes from the style on the State Court papers and the reason for that change:

   | Party | Reason |
   |---|---|
   | None | |

7. **Claims of the Parties:**

   The filing party submits the following summary of the remaining claims of each party in this litigation:

   | Party | Claim(s) |
   |---|---|
   | Plaintiff | Asserts claims for breach of contract, alleged violations of Texas Property Code Section 51, promissory estoppel, intentional infliction of emotional distress, and seeks injunctive relief to prevent the foreclosure of the property. |