IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| **JASON STELL,** | § |
| | § |
| *Plaintiff,* | § |
| | § |
| v. | § CIVIL ACTION NO. 3:25-cv-00040 |
| | § |
| **CARRINGTON MORTGAGE** | § |
| **SERVICES, LLC.** | § |
| | § |
| *Defendants.* | § |

### DEFENDANT'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Carrington Mortgage Services LLC ("Carrington") files its Corporate Disclosure Statement and Certificate of Interested Parties and state as follows:

1. Defendant declares that Carrington Mortgage Services, LLC is a Delaware limited liability company, and it has no parent corporation and no publicly traded corporation currently owns 10% or more of its stock.

2. The following entities and/or persons are financially interested in the outcome of this case:

   i. Carrington Mortgage Services, LLC.,

   ii. Carrington Investment Partners, L.P.,

   iii. Carrington Holding Company, LLC.,

   iv. The Carrington Companies, LLC.,

   v. Carrington Capital Management, LLC.,

   vi. CIP Intermediate, LLC.,

vii. Jason Stell

viii. Counsel for Defendant, Melissa Gutierrez Alonso and Jessie R. Manzewitsch Pulero of the law firm Bradley Arant Boult Cummings, LLP, and

ix. Counsel for Plaintiff, Robert C. Vilt of the law firm Vilt Law, PC

Carrington reserves the right to supplement this Disclosure as needed.

Respectfully submitted,

**Bradley**

By: */s/ Melissa Gutierrez Alonso*
**MELISSA GUTIERREZ ALONSO**
Texas Bar No. 24087648
Fed. I.D. No. 2255351
mgutierrez@bradley.com
**JESSIE R. MANZEWITSCH PULERO**
Texas Bar. No. 24125659
Federal Bar No. 3737794
jmanzewitsch@bradley.com
600 Travis Street, Suite 5600
Houston, Texas 77002
(713) 576-0300 Telephone
(713) 576-0301 Telecopier
***ATTORNEYS FOR CARRINGTON MORTGAGE SERVICES LLC***

2

## CERTIFICATE OF SERVICE

  I certify that on this 25th day of February 2025, I electronically filed the foregoing with the Clerk of Court. I further certify that a true and correct copy of the foregoing has been served on all counsel of record as follows:

*Via E-mail:* clay@viltlaw.com
Robert C. Vilt
Vilt Law, PC
5177 Richmond Ave., Ste. 1142
Houston, Texas 77056
***Attorney for Plaintiff***

          */s/ Melissa Gutierrez Alonso*
          Melissa Gutierrez Alonso