IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JASON STELL, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:25-cv-00040 |
| | § | |
| CARRINGTON MORTGAGE SERVICES, LLC. | § § | |
| | § | |
| *Defendants.* | § | |

### PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW Jason Stell, Plaintiff herein, and in accordance with Rule 7.1 of the Federal Rules of Civil Procedure, filing this his Certificate of Interested Parties and in support hereof would respectfully show the Court as follows:

1. Plaintiff:

    Jason Stell
    c/o Robert C. Vilt
    Texas Bar No. 00788586
    S.D. Bar No.   20296
    clay@viltlaw.com
    Vilt Law, P.C.
    5177 Richmond Avenue, Suite 1142
    Houston, TX 77056
    Telephone:     713.840.7570
    Facsimile:     713.877.1827

2. Defendant:

Carrington Mortgage Services, LLC
c/o Melissa Gutierrez Alonso
Jessie Manzewitsch
Bradley Arant Boult Cummings, LLP
600 Travis St., Ste. 5600
Houston, Texas 77002

Respectfully submitted,

VILT LAW P.C.

By:    /s/ *Robert C. Vilt*
Robert C. Vilt
Texas Bar No. 00788586
S.D. Bar No. 20296
Email: clay@viltlaw.com
5177 Richmond Avenue, Suite 1142
Houston, TX 77056
Telephone:    713.840.7570
Facsimile:    713.877.1827

## CERTIFICATE OF SERVICE

I hereby certify that on June 03, 2025 the foregoing was filed with the Court via the CM/ECF system and that the Clerk of the Court will forward a copy of same to the following CM/ECF users:

Melissa Gutierrez Alonso
Jessie Manzewitsch
Bradley Arant Boult Cummings, LLP
600 Travis St., Ste. 5600
Houston, Texas 77002

By:    /s/ *Robert C. Vilt*
ROBERT C. VILT