# CURRENT RESUME: ROBERT C. VILT

# ROBERT C. VILT

5177 Richmond Ave, Ste 1142, Houston, TX 77056 | 713.840.7570 |Clay@viltlaw.com

## Experience

### PRINCIPAL ATTORNEY | VILT LAW, P.C. | 1996-PRESENT

- Responsible for handling architectural design error & omission matters as well as commercial construction defect matters, civil litigation and general business matters, reviewing and negotiating business transactions, preparing and reviewing contracts, establishing and maintaining various types of legal entities, as well as wrongful foreclosure litigation matters.

### CFO/GENERAL COUNSEL| UNIVERSAL FIDELITY CORPORATION| 1995-1995

- Responsible for managing the Accounting, Legal, MIS and Client Services Departments of a national collection agency which has offices in four states and over 125 employees. Hands-on responsibilities include financial statements, audits, cash management, contract review, negotiations and all related legal matters.

### ASSOCIATE ATTORNEY| CRSS, INC./CRSS ARCHITECTS INC.| 1987-1995

- Responsible for creating and reviewing architectural design contracts to ensure compliance with corporate standards, assessing potential risk, and establishing financial contingencies in anticipation of future problems.

### CONTROLLER| THE DISCOVERY CENTER

Responsible for budgeting, forecasting, variance analysis, risk analysis and contract review of architectural design projects related to Research and Development facilities. Other responsibilities include SEC reporting, Annual Reports, directing internal and external audits, preparing detailed analyses and related work papers for the Federal Income Tax, State Income Tax, Joint Venture Tax, and the State Sales and Use Tax returns for the national operations of CRSS Architects, Inc.

## Education

### J.D. | 1992 | SOUTH TEXAS COLLEGE OF LAW

- Emphasis in Tax Law

### BBA | 1982 | TEXAS LUTHERAN COLLEGE

- Major: Accounting

## Certifications

**ATTORNEY AT LAW (TEXAS) -1993**
**CERTIFIED PUBLIC ACCOUNTANT - 1991**

## Memberships

**STATE BAR OF TEXAS – CONSTRUCTION LAW SECTION**
**AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS**