# EXHIBIT 3

## CORPORATE ASSIGNMENT OF DEED OF TRUST

**CMS Loan Number 4000296235**

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR GUILD MORTGAGE COMPANY, ITS SUCCESSORS AND ASSIGNS, (ASSIGNOR), (MERS Address: P.O. Box 2026, Flint, Michigan 48501-2026)** by these presents does convey, grant, assign, transfer and set over the described Deed of Trust with all interests secured thereby, all liens, and any rights due or to become due thereon, to **J.P. MORGAN MORTGAGE ACQUISITION CORP, WHOSE ADDRESS IS 1600 S. DOUGLASS RD SUITE 200-A, ANAHEIM, CA 92806 (949)517-5235, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).**

Said Deed of Trust bearing the date 10/29/2014, was executed by **JASON JEREMIAH STELL** and recorded as **Instrument # 2014047191**, in the records of Real Property of **BRAZORIA** County, **Texas**.

IN WITNESS WHEREOF, this Assignment is executed **this 30th day of July in the year 2018.**
**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR GUILD MORTGAGE COMPANY, ITS SUCCESSORS AND ASSIGNS**

_____
**JENNIFER MOYLAN**
**VICE PRESIDENT**

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

STATE OF FLORIDA
COUNTY OF PINELLAS
The foregoing instrument was acknowledged before me on this 30th day of July in the year 2018, by Jennifer Moylan as VICE PRESIDENT of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR GUILD MORTGAGE COMPANY, ITS SUCCESSORS AND ASSIGNS, who, as such VICE PRESIDENT being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

_____
**NICOLE SHIELDS**
**COMM EXPIRES: 08/05/2020**



NICOLE SHIELDS
Notary Public – State of Florida
My Comm. Expires August 5, 2020
Commission # GG126925

**Document Prepared By: Robert E. Fletcher - c/o NTC, 2100 Alt. 19 North, Palm Harbor, FL 34683 (800)346-9152**
When Recorded Return To: Carrington Mortgage Services, C/O Nationwide Title Clearing, Inc. 2100 Alt. 19 North, Palm Harbor, FL 34683
CMS02 403821747 TITLE CURATIVE  MIN 100019935120040765 MERS PHONE 1-888-679-6377 MERS Mailing Address: P.O. Box 2026, Flint, MI 48501-2026  DOCR T301807-09:41:09 [C-1] EFRMTXG1

*D0031988490*

# FILED and RECORDED

Instrument Number: 2018038840

Filing and Recording Date: 07/30/2018 01:49:52 PM  Pages: 2  Recording Fee: $26.00

I hereby certify that this instrument was FILED on the date and time stamped hereon and RECORDED in the OFFICIAL PUBLIC RECORDS of Brazoria County, Texas.



Joyce Hudman, County Clerk
Brazoria County, Texas

ANY PROVISION CONTAINED IN ANY DOCUMENT WHICH RESTRICTS THE SALE, RENTAL, OR USE OF THE REAL PROPERTY DESCRIBED THEREIN BECAUSE OF RACE OR COLOR IS INVALID UNDER FEDERAL LAW AND IS UNENFORCEABLE.

**DO NOT DESTROY - Warning, this document is part of the Official Public Record.**

cclerk-regina