# EXHIBIT 4

2018036610 DT Total Pages: 7

Title: Loan Modification Agreement (DEED OF TRUST)

This Document Prepared By:
BRANDY MANGALINDAN
CARRINGTON MORTGAGE SERVICES, LLC
CARRINGTON DOCUMENT SERVICES
ANAHEIM, CA 92806
1-866-874-5860

When Recorded Mail To:
CARRINGTON MORTGAGE SERVICES, LLC
CARRINGTON DOCUMENT SERVICES
1600 SOUTH DOUGLASS ROAD, SUITE 200A
ANAHEIM, CA 92806

Tax/Parcel #: 7791-1221-037

_____ [Space Above This Line for Recording Data] _____

Original Principal Amount: $183,571.00         FHA/VA/RHS Case No: 049020635223988
Unpaid Principal Amount: $172,437.27           Loan No: 4000296235
New Principal Amount: $174,873.91
New Money (Cap): $2,436.64

# LOAN MODIFICATION AGREEMENT (DEED OF TRUST)

**NOTICE OF CONFIDENTIALITY RIGHTS:**
**IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OF THE FOLLOWING INFORMATION FROM THIS INSTRUMENT BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVERS LICENSE NUMBER.**

This Loan Modification Agreement ("Agreement"), made this 27TH day of JUNE, 2018, between JASON JEREMIAH STELL A SINGLE MAN ("Borrower"), whose address is 1867 GARNET BREEZE DRIVE, ROSHARON, TEXAS 77583 and CARRINGTON MORTGAGE SERVICES, LLC AS SERVICER AND AUTHORIZED AGENT OF J.P. MORGAN MORTGAGE ACQUISITION CORP ("Lender"), whose address is 1600 SOUTH DOUGLASS ROAD, SUITE 200A, ANAHEIM, CA 92806

Carrington Custom Loan Modification Agreement 06262018_307        

Page 1

amends and supplements (1) the Mortgage, Deed of Trust or Security Deed (the "Security Instrument"), dated **OCTOBER 29, 2014** and recorded on **OCTOBER 30, 2014** in **INSTRUMENT NO. 2014047191, BRAZORIA COUNTY, TEXAS**, and (2) the Note, in the original principal amount of U.S. **$183,571.00**, bearing the same date as, and secured by, the Security Instrument, which covers the real and personal property described in the Security Instrument and defined therein as the "Property," located at
**1867 GARNET BREEZE DRIVE, ROSHARON, TEXAS 77583**

the real property described is located in **BRAZORIA COUNTY, TEXAS** and being set forth as follows:

**SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF:**

In consideration of the mutual promises and agreements exchanged, the parties hereto agree as follows (notwithstanding anything to the contrary contained in the Note or Security Instrument):

1. As of, **JULY 1, 2018** the amount payable under the Note and the Security Instrument (the "Unpaid Principal Balance") is U.S. **$174,873.91**, consisting of the amount(s) loaned to Borrower by Lender, plus capitalized interest in the amount of U.S. **$2,436.64** and other amounts capitalized, which is limited to escrows and any legal fees and related foreclosure costs that may have been accrued for work completed.

2. Borrower promises to pay the Unpaid Principal Balance, plus interest, to the order of Lender. Interest will be charged on the Unpaid Principal Balance at the yearly rate of **4.3750%**, from **JULY 1, 2018**. The yearly rate of **4.3750%** will remain in effect until principal and interest are paid in full.

   Borrower promises to make the total modified monthly mortgage payment of U.S. **$1,544.28**, beginning on the 1ST day of **AUGUST, 2018**, and continuing thereafter on the same day of each succeeding month until principal and interest are paid in full. Borrower's payment consists of payments for principal and interest of U.S. **$873.12**, plus payments for property taxes, hazard insurance, and any other permissible escrow items of US **$671.16**. Borrower understands that the modified monthly mortgage payment is subject to change if there is an increase or decrease in property taxes, insurance, or any other permissible escrow items. If on **JULY 1, 2048** (the "Maturity Date"), Borrower still owes amounts under the Note and the Security Instrument, as amended by this Agreement, Borrower will pay these amounts in full on the Maturity Date.

3. If all or any part of the Property or any interest in it is sold or transferred (or if a beneficial interest in the Borrower is sold or transferred and the Borrower is not a natural person) without the Lender's prior written consent, the Lender may require immediate payment in full of all sums secured by this Security Instrument.

   If the Lender exercises this option, the Lender shall give the Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is delivered or mailed within which the Borrower must pay all sums secured by this Security Instrument. If the Borrower fails to pay these sums prior to the expiration of this period, the Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on the Borrower.

4. The Borrower also will comply with all other covenants, agreements, and requirements of the Security Instrument, including without limitation, the Borrower's covenants and agreements to make all payments of taxes, insurance premiums, assessments, escrow items, impounds, and all other payments that the Borrower is obligated to make under the Security Instrument; however, the following terms and provisions are forever cancelled, null and void, as of the date specified in Paragraph No. 1 above:
   (a) all terms and provisions of the Note and Security Instrument (if any) providing for, implementing, or relating to, any change or adjustment in the rate of interest payable under the Note; and

Carrington Custom Loan Modification Agreement 06262018_307



 (b) all terms and provisions of any adjustable rate rider, or other instrument or document that is affixed to, wholly or partially incorporated into, or is part of, the Note or Security Instrument and that contains any such terms and provisions as those referred to in (a) above.

5. If the Borrower is currently subject to the protections of any automatic stay in bankruptcy, or have obtained a discharge in bankruptcy proceeding without reaffirming the mortgage loan debt, nothing in this Agreement or any other document executed in connection with this Agreement shall be construed as an attempt by Lender to impose personal liability under the Note and Deed of Trust/Mortgage and Promissory Note/Subordinate Mortgage. In such case, this Agreement is entered into in the ordinary course of business between the Lender and the Borrower in lieu of pursuit of in rem relief to enforce the lien. This Agreement does not revive the Borrower's personal liability under the Note and Deed of Trust/Mortgage and Promissory Note/Subordinate Mortgage, nor is it an attempt to collect, recover or offset any such debt as a personal liability of Borrower under the Note and Deed of Trust/Mortgage and Subordinate Note/Mortgage.

6. Nothing in this Agreement shall be understood or construed to be a satisfaction or release in whole or in part of the Note and Security Instrument. Except as otherwise specifically provided in this Agreement, the Note and Security Instrument will remain unchanged, and Borrower and Lender will be bound by, and comply with, all of the terms and provisions thereof, as amended by this Agreement.

7. Borrower agrees to make and execute other documents or papers as may be necessary to effectuate the terms and conditions of this Agreement which, if approved and accepted by Lender, shall bind and inure to the heirs, executors, administrators, and assigns of the Borrower.

8. Borrower agrees that any costs, fees and/or expenses incurred in connection with servicing the loan that may be legally charged to the account, but have not been charged to the account as of the Modification Effective Date, may be charged to the account at a later date and shall be the Borrower's responsibility to pay in full. For example, if the loan is in foreclosure there may be foreclosure fees and costs that have been incurred but not yet assessed to the account as of the date the Modification Effective Date; Borrower will remain liable for any such costs, fees and/or expenses.

In Witness Whereof, I have executed this Agreement.

_____   7/13/18
Borrower: JASON JEREMIAH STELL              Date

[Space Below This Line for Acknowledgments]

**BORROWER ACKNOWLEDGMENT**

State of TEXAS

County of Fort Bend

This instrument was acknowledged before me on July 13, 2018 by JASON JEREMIAH STELL

_____
Notary Public

Printed Name: Jacqueline Silva

My commission expires: October 26, 2021

[Notary Seal: JACQUELINE SILVA, Notary ID #131330488, My Commission Expires October 26, 2021]

Carrington Custom Loan Modification Agreement 06262018_307

Page 4

4000296235

In Witness Whereof, the Lender has executed this Agreement.

**CARRINGTON MORTGAGE SERVICES, LLC AS SERVICER AND AUTHORIZED AGENT OF J.P. MORGAN MORTGAGE ACQUISITION CORP**

By _____    7/17/18
Jill A. Fuller, Director, Loss Mitigation (print name)
Carrington Mortgage Services, LLC    Date
Attorney In Fact

[Space Below This Line for Acknowledgments]

**LENDER ACKNOWLEDGMENT**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )
County of ORANGE )

On 7-17-18 before me _____ Iliana Allende _____ Notary Public, personally appeared _____ Jill A. Fuller _____, the _____ Director _____, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ Iliana Allende _____
Signature of Notary Public

ILIANA ALLENDE
Notary Public - California
Orange County
Commission # 2230717
My Comm. Expires Feb 9, 2022

Carrington Custom Loan Modification Agreement 06262018_307

4000296235

Page 5

## EXHIBIT A

**BORROWER(S): JASON JEREMIAH STELL A SINGLE MAN**

**LOAN NUMBER: 4000296235**

**LEGAL DESCRIPTION:**

The land referred to in this document is situated in the STATE OF TEXAS, COUNTY OF BRAZORIA, CITY OF ROSHARON, and described as follows:

LOT 37, IN BLOCK 1, OF STERLING LAKES AT IOWA COLONY SEC. 12B, A SUBDIVISION IN BRAZORIA COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF, RECORDED AT
COUNTY CLERK'S FILE NO. 2013060392, OF THE MAP AND/OR PLAT RECORDS OF BRAZORIA COUNTY,
TEXAS.

ALSO KNOWN AS: 1867 GARNET BREEZE DRIVE, ROSHARON, TEXAS 77583

# FILED and RECORDED

Instrument Number: 2018036610

Filing and Recording Date: 07/19/2018 08:46:08 AM  Pages: 7  Recording Fee: $51.00

I hereby certify that this instrument was FILED on the date and time stamped hereon and RECORDED in the OFFICIAL PUBLIC RECORDS of Brazoria County, Texas.



Joyce Hudman, County Clerk
Brazoria County, Texas

ANY PROVISION CONTAINED IN ANY DOCUMENT WHICH RESTRICTS THE SALE, RENTAL, OR USE OF THE REAL PROPERTY DESCRIBED THEREIN BECAUSE OF RACE OR COLOR IS INVALID UNDER FEDERAL LAW AND IS UNENFORCEABLE.

**DO NOT DESTROY - Warning, this document is part of the Official Public Record.**

cclerk-april