# EXHIBIT 6

**CARRINGTON**
MORTGAGE SERVICES, LLC
NMLS ID #2600

P.O. Box 3010
Anaheim, CA 92803

Notice Date: 08/29/2024

Loan Number: 4000296235

JASON JEREMIAH STELL
1867 GARNET BREEZE DRIVE
ROSHARON    TX 77583

**Property Address:**
1867 GARNET BREEZE DRIVE
ROSHARON    TX 77583

# Home Liquidation Notification
## -Conditional Approval-

Dear JASON JEREMIAH STELL:

Carrington Mortgage Services, LLC ("CMS") recently received an application for mortgage assistance that was submitted by you or on your behalf. Upon further review we determined that you are conditionally approved for either a short sale or deed-in-lieu of foreclosure (herein referred to as "Home Liquidation").

**IMPORTANT:** The investor and/or owner of your loan may require that we review you for all Loss Mitigation options, including home retention workouts, even if your initial request was for Home Liquidation. Please refer to the attached Loss Mitigation Evaluation Notice to confirm if your application was reviewed for each step in your investor's Waterfall.

- If your application was submitted because you wanted to retain your property, the terms of this conditional approval require that you contact us by no later than **09/11/2024** to confirm your interest in pursuing a home liquidation option.

- If your application was submitted because you wanted to liquidate or surrender your property, we will provide you with a final decision within 30 calendar days from the date of this notification. Please note that if we require any additional information, you will be sent a separate notice outlining those requirements along with a deadline to submit them.

Please contact us during normal business hours. To speed the process, it is important that you have your account number when you call.

**Short Sale Department**
**(Phone): 1.888.507.6489**
**(Hours): Monday through Friday from 8:00AM to 8:00PM (Eastern Standard Time).**

Sincerely,

Short Sale Department
Carrington Mortgage Services, LLC

LM573    4000296235    Page 1 of 1