# EXHIBIT 8

CAUSE NO. _____

| | | |
|---|---|---|
| JASON STELL | § | IN THE DISTRICT COURT OF |
| | § | |
| v. | § | BRAZORIA COUNTY, TEXAS |
| | § | |
| CARRINGTON MORTGAGE | § | |
| SERVICES, LLC | § | _____ JUDICIAL DISTRICT |

## AFFIDAVIT OF JASON STELL

| | | |
|---|---|---|
| STATE OF TEXAS | § | |
| | § | KNOW ALL MEN BY THESE PRESENTS |
| COUNTY OF BRAZORIA | § | |

BEFORE ME, the undersigned authority, on this day personally appeared Jason Stell who, after being duly sworn, deposes and says:

1. My name is Jason Stell. I am the Plaintiff in the above-captioned lawsuit. I have read the Original Petition, Application for Injunctive Relief, and Request for Disclosures to which this Affidavit relates and offer this Affidavit in support of the statements and arguments asserted therein.

2. The subject matter of this lawsuit is the real property and the improvements thereon located at 1867 Garnet Breeze Drive, Rosharon, Texas 77583 (the "Property").

3. I purchased the Property on or about October 29, 2014. During the process of purchasing the Property, I executed a Promissory Note ("Note") in the amount of $183,571.00 as well as a Deed of Trust in which Guild Mortgage Company, is listed as the Lender.

4. Upon information and belief, the Note and Deed of Trust were subsequently transferred to J.P. Mortgage Acquisition Corp. ("JPM" or "Defendant") for which Carrington Mortgage Services, LLC ("Carrington") acts as the loan servicer.

5. I entered into a Loan Modification Agreement (Deed of Trust) with Carrington Mortgage Services, LLC as the Servicer and Authorized Agent of J.P. Morgan Mortgage Acquisition Corp on July 19, 2018 for a new principal balance of $174,873.91 with an interest rate of 4.3750%.



6. As my residence was enduring the disaster caused by the Hurricane Beryl, Carrington notified me by a correspondence dated July 17, 2024 that they would assist me with my mortgage loan by, among other things, granting me a mortgage loan forbearance through October 7, 2024 followed by a loan modification and encouraged me to apply for mortgage assistance if I was experiencing financial difficulties due to the Presidentially Declared Major Disaster.

7. Like many of my neighbors, I was indeed facing financial difficulties due to the disaster. Thus, heeding the instructions given to me by Carrington, I applied for mortgage assistance after the disaster declaration period expired. However, I never heard back – instead I received a Notice of Substitute Trustee's Sale stating that my Property is posted for the February 4, 2025 sale.

8. Accordingly, I allege that Defendant is about to wrongfully sell my Property at a foreclosure sale on February 4, 2025 without providing the required notices and in violation of my due process rights.

9. The latest foreclosure posting has severely affected my personal and professional life. I have trouble sleeping and focusing on simple tasks. My anxiety level as reached a level I have never experienced in my life and my stress level has negatively impacted both my business and my family life.

I have read the foregoing Affidavit and attest that the information contained therein is true and correct in all respects based upon my personal knowledge.

_____
JASON STELL

SUBSCRIBED AND SWORN TO BEFORE ME on this the ___27___ day of January 2025.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF ~~TEXAS~~ Washington

My commission expires:
~~10/25/202~~   10/25/2028


