# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### GALVESTON DIVISION

| | | |
|---|---|---|
| **JASON STELL,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 3:25-cv-00040** |
| | § | |
| **CARRINGTON MORTGAGE** | § | |
| **SERVICES, LLC.** | § | |
| | § | |
| *Defendants.* | § | |

## DEFENDANT CARRINGTON MORTGAGE SERVICES, LLC'S UNOPPOSED MOTION FOR LEAVE TO FILE
### REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Defendant Carrington Mortgage Services LLC ("Carrington") moves for leave to file a Reply Brief in Support of its Motion for Summary Judgment and would respectfully show as follows:

1.      On September 26, 2025, Carrington filed a Motion for Summary Judgment (Dkt. No. 13). On October 7, 2025, Plaintiff Jason Stell ("Plaintiff") filed his response to Carrington's Motion for Summary Judgment (Dkt. No. 14).

2.      Carrington respectfully requests the Court for leave to file the Reply in Support of its Motion for Summary Judgment, which is attached hereto as Exhibit A.

3.      Carrington conferred with Plaintiff regarding the relief requested herein, and Plaintiff confirmed he is unopposed. Plaintiff will not be prejudiced by the filing of this Reply.

4929-4823-8965.2

For these reasons, Defendant Carrington Mortgage Services LLC respectfully requests the Court GRANT this Motion for Leave to File Reply in Support of Motion for Summary Judgment, enter Defendant's Reply Brief, attached hereto as Exhibit A, into the record, and for such other and further relief to which it may be justly entitled.

Respectfully submitted,



By:  */s/ Jessie R. Manzewitsch*

**MELISSA GUTIERREZ ALONSO**
Texas Bar No. 24087648
Fed. I.D. No. 2255351
mgutierrez@bradley.com
**JESSIE R. MANZEWITSCH PULERO**
Texas Bar. No. 24125659
Federal Bar No. 3737794
jmanzewitsch@bradley.com
600 Travis Street, Suite 5600
Houston, Texas 77002
(713) 576-0300 Telephone
(713) 576-0301 Telecopier
*ATTORNEYS FOR CARRINGTON MORTGAGE SERVICES LLC*

## CERTIFICATE OF CONFERENCE

I certify that on this 23rd day of October 2025, I conferred with Plaintiff's counsel regarding the relief requested herein and he confirmed he is unopposed.

*/s/ Jessie R. Manzewitsch Pulero*
**Jessie R. Manzewitsch Pulero**

## CERTIFICATE OF SERVICE

I certify that on this 24rd day of October 2025, a true and correct copy of the foregoing has been served on all counsel of record as follows:

*Via E-mail: clay@viltlaw.com*
Robert C. Vilt
Vilt Law, PC
5177 Richmond Ave., Ste. 1142
Houston, Texas 77056
***Attorney for Plaintiff***

*/s/ Jessie R. Manzewitsch Pulero*
**Jessie R. Manzewitsch Pulero**

4929-4823-8965.2