UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JASON STELL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | 3:25-cv-40 |
| | § | |
| CARRINGTON MORTGAGE SERVICES, LLC, | § | |
| | § | |
| Defendant. | § | |

# **ORDER**

Before the court is the defendant's unopposed motion for leave to file a reply brief in support of its motion for summary judgment. Dkt. 15. The motion is granted.

Accordingly, the defendant's reply, attached as Exhibit A to their motion at Docket 15-1, is deemed filed among the papers of this case.

Signed on Galveston Island this 29th day of October, 2025.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE